1  William Russell Harrison

2  c/o 1539 South Mason Road #4

3  Katy, Texas, by [77450]

United States Courts
Southern District of Texas
F I L E D

SEP 15 2023

Nathan Ochsner, Clerk of Court

7                    **UNITED STATES DISTRICT COURT**

9   WILLIAM R HARRISON, Sui Juris          )   CIVIL NO. **23-3475**

10              <sic> <misnomer>            )

11              Aggrieved Petitioner,       )   OMNIBUS MOTION TO QUASH
                                            )   MULTIPLE IRS SUMMONS
12   vs.                                    )

13   Commissioner of Internal Revenue /     )   Date: 15th day of September 2023
                                            )
14   Dori Stricklin, Group Manager;         )   IRS Summons

15   Miguel Pineda, Revenue Officer         )

16              Respondents                 )

# OMNIBUS MOTION TO QUASH
# MULTIPLE IRS SUMMONS

21  William R. Harrison, Sui Juris, Aggrieved Petitioner, reliant on equal protection under the laws

22  of the United States of America and the Great State of Texas, the Judicial machinery of the Rule

23  of Law, Rules of Evidence and Rules of Civil Procedure, comes now before the Department of

24  the Treasury and motions the United States Department of the Treasury and the Commissioner of

25  Internal Revenue to take Mandatory Judicial Notice under Federal Rule 201(d) of the following,

26  making especial note that the multiple summons filed are both "unreasonable and oppressive" as

27  found under Fed. R. Civ. P. 45 and to both strongly and seriously address each and every facet of

28  evidence presented to counter presumption, and for proper due process to occur; as well as the

29  IRS Revenue Officer's blatant violation of the United States Tax Courts' ruling (see attached

30  judge's order of dismissal for Lack of Jurisdiction).

Additionally, the rouge IRS Revenue Officer and his Group Manager (shown below) have issued multiple Levy Notices and Summons against me, against my family, against personal and professional associates, that, due to the lack of any evidence, are void and have not provided to me or any others the justifiable Cause of Action and, instead, have proceeded with a "fishing expedition" in hopes of duping my personal and professional associates into sharing information for which the IRS has not followed due process in their processes. The rogue IRS officers are:

| | |
|---|---|
| Dori L. Stricklin, Group Manager | Miguel Pineda, Revenue Officer |
| ID Number: 1001747019 | ID Number: 1000668576 |
| 4050 Alpha Road, 5115 NDAL | 700 East San Antonio Avenue |
| Farmers Branch, TX 75244-4201 | Room 156, MS 5240ELP Ro Pine 3471 |
| | El Paso, Texas 79901-7012 |

These rogue IRS agents, even though I have requested in writing and submitted the forms for appeals, they have denied me the opportunity to present my case via the IRS appointed appeal processes known as the Collection Due Process [CDP] hearing and the Collection Appeal Program [CAP], 'leap frogging' over established IRS regulation and have, instead pursued collection processes (without proof) and have submitted a 'shotgun blast' of levy notices and summonses without cause.

The issues at hand have never been lawfully answered or adjudicated under both federal and state due process requirements with the IRS:

a) The United States Supreme Court, in _Haines v Kerner_ 404 U.S. 519 (1972) stated that all litigants defending themselves _must_ be afforded the opportunity to present their evidence and that the Court should look to the substance of the complaint rather than the form, and that a minimal amount of evidence is necessary to support contention of lack of good faith. Fortney v. U.S., C.A.9 (Nev.) 1995, 59 F.3d 117.

b) The spirit of all these rules is to settle controversies upon their merits rather than to dismiss actions on technical grounds, to permit amendments liberally... <u>Fierstein v. Piper Aircraft Corp., D.C.Pa. 1948, 79 F.Supp. 217.</u>

c) "This Constitution, and the laws of the United States which shall be made in pursuance thereof; ...shall be the supreme law of the land; and the judges in every state shall be bound thereby... The Senators and Representatives and members of the State legislature, and all executive and judicial officers of the United States and the several States, shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."
*The Constitution of the United States of America*, Article VI, Cl 2, 3.

d) "The United States is entirely a creature of the Constitution. Its power and authority have no other source. It can only act in accordance with all the limitations imposed by the Constitution." <u>Reid v Covert 354 US 1, 1957.</u>

e) A judge is an officer of the Court, as well as are all attorneys. A state judge is a state judicial officer, paid by the State to act impartially and lawfully. A federal judge is a federal judicial officer, paid by the federal government to act impartially and lawfully. A judge is not the Court. <u>People v. Zajic, 88 Ill.App.3d 477, 410 N.E.2d 626 (1980).</u>

f) "Fraud upon the Court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the Court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the Court have been directly corrupted." <u>Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985).</u>

g) "The Court is free to act in a judicial capacity, free to disagree with the administrative enforcement actions if a substantial question is raised or the minimum standard is not met. The District Court reserves the right to prevent the 'arbitrary' exercise of administrative power, by nipping it in the bud." *United States v. Morton Salt Co., 338 U.S. 632, 654.* (Emphasis added).

h) "It is on this account that our law is deemed certain, and founded in permanent principles, and not dependent on the caprice or will of judges. A more alarming doctrine could not be promulgated by any American Court, than that it was at liberty to disregard all former rules and decisions, and to decide for itself, without reference to the settled course of antecedent principles." *Faye Anastasoff vs.United States of America, 8th Circuit Court, 2000.*

i) The United States Supreme Court stated... "Any legislative scheme that denies subjects an opportunity to seek judicial review of administrative orders except by refusing to comply, and so put themselves in immediate jeopardy of possible penalties 'so heavy as to prohibit resort to that remedy,' *(Oklahoma Operating Co. v. Love, 252 U.S. 331, 333 (1920))*, runs afoul of the due process requirements of the Fifth and Fourteenth Amendments." *Schulz v. IRS and Anthony Roundtree.*

j) Congress wanted third-party record keeper provision of subsec. (a)(3) of this section to be construed broadly in order to give taxpayers every opportunity to voice their privacy interests when those interests are implicated. *Fink v. U.S., E.D.Mo.1983, 578 F.Supp. 617.* This section permitting intervention of taxpayers when records held by a third-party record keeper are subpoenaed by the Internal Revenue Service should be broadly construed. *U. S. v. New York Telephone Co., C.A.2 (N.Y.) 1982, 682 F.2d 313.*

It is not now, nor has it ever been the intent of an Aggrieved Petitioner to avoid any lawful tax obligation that the Aggrieved Petitioner might lawfully and constitutionally be subject to, to the best of his ability. Aggrieved Petitioner is not attempting to hide anything from lawful inquiry, as he HAS nothing to hide, however he disputes the legal veracity of the Summons, and demands strict proof of IRS jurisdiction and claim over Petitioner consonant with the Federal Rules of Evidence and Civil Procedure.

## STATEMENT OF STANDING

William R. Harrison, Sui Juris - hereinafter "Aggrieved Petitioner" – has standing to petition this unlawful action and to Quash the Summons seditiously sent to my associates and or professional

relations, for cause, and presents the following as a claim upon which relief may be granted. (See attachments). Petitioner challenges the jurisdiction of the IRS and its standing to be acting upon Aggrieved Petitioner and his private records in issuing its distribution of multiple Summons.

Aggrieved Petitioner is the person who is identified in the description of the records contained in the Summons on my associates and or business relations by The Commissioner of Internal Revenue, Revenue Officer Miguel Pineda (Herein, IRS); Aggrieved Petitioner claims an interest relating to personal, private information being erroneously summonsed under a false flag of Color of Law, and presumption, by IRS, and frivolously accepted by my associates and or business relations.

## QUESTIONS AT ISSUE

Petitioner requests the multiple Summons be Quashed based upon his 5th Amendment rights, the Rules of Civil Procedure, Rules of Evidence, and Case law.

The relevant questions at issue in this instant case deal directly with STANDING of the IRS to have any jurisdiction or authority over Aggrieved Petitioner's personal records or finances, absent proof of same and lacking the DUE PROCESS documents that come with a Court Order (none of which have been produced and therefore makes this a "fishing" expedition at the expense of the Aggrieved Petitioners constitutionally guaranteed rights of privacy and the trust placed with multiple personal and professional associates). If any North American business, personal or professional associates were sent a facially void summons, absent Court order or Judgement, to personal and professional associates certainly would NOT provide said records, and any North American business could not request such records and expect to receive them. This case is no different.

The IRS's rouge Revenue Agent, in defiance of the USTC Order (See attached court dismissal for Lack of Jurisdiction) is acting under administrative rules, and he is treating those rules as if they had the power of law behind them. There is NO evidence of record supporting the IRS' actions in filing this Summons for Petitioner's records from a private company.

1    These rogue IRS agents, even though I have requested in writing and submitted the forms for

2    appeals, they denied me the opportunity to present my case via the IRS appointed appeal

3    processes known as the Collection Due Process [CDP] hearing and the Collection Appeal

4    Program [CAP], 'leap frogging' over established IRS regulation and have, instead pursued

5    collection processes (without proof) and have submitted a 'shotgun blast' of levy notices without

6    cause.

7

8    Standing MUST be proven in order for Summons to have any validity, and this can ONLY be

9    accomplished by the IRS providing direct, specific and lawfully obtained and constitutionally

10   due process adhering answers to the following questions which are addressed following these

11   questions:

12

13   a) Does the IRS have lawful jurisdiction over Petitioner or his records apart from Evidence in

14   Fact and of Record of such jurisdiction or is hearsay and presumption to be accepted just because

15   this is an alleged government agency (See attached ORDER OF DISMISSAL FOR LACK OF

16   JURISDICTION by the *United States Tax Court, Docket No. 402-14., dated March 12th, 2014* to

17   answer that the IRS does NOT have Jurisdiction here)?

18

19   b) Does the IRS have authority to issue "Summons" apart from Petitioner's right to Due Process

20   of Law under the Fifth Amendment, as provided to any other party with all evidence being

21   properly heard, and having a valid Court judgement or order for said Summons based on the

22   relevant facts?

23

24   c) Can the IRS issue a "fishing expedition" Summons allegedly seeking documents or evidence

25   "relating to the tax liability or the collection of the tax liability" without first proving that "the"

26   liability actually exists under United States law, or has been lawfully adjudicated in a Court of

27   competent jurisdiction, and isn't merely presumption...i.e. Can the IRS seek records for possible

28   Levy of Petitioner's account without a proven liability rather than a presumed liability?

29

30

d) Does the IRS have the authority to presume a "tax liability" exists against Petitioner who is a "non-resident alien" with respect to the "United States", as clearly described in the IR Code as NOT having an income tax liability, and is a private citizen of Texas?

e) Can the IRS make up its own definitions and interpret laws, as to Petitioner being "liable" for "income" tax and how it is to be collected – specifically the16th Amendment, and lacking lawful definition of what "income" actually is?

f) Can the IRS, which claims to NOT be an agency of the U.S. Government, be acting against Petitioner in his private capacity outside due process?

g) Can the IRS be acting under administrative codes, which are NOT "positive law" and do NOT impact Petitioner in his personal, private capacity?

h) Can the IRS rely on various oft-quoted Court cases claiming "frivolous arguments" in which the actual questions and challenges being called "frivolous" were never actually addressed in those cases, nor evidence presented on those issues in those same Courts?

i) Can the IRS depend on facially void Summons under Federal Rules of Civil Procedure, Rule 42?

j) Can the IRS persistently ignore relevant challenges despite having been taken to ten (10) federal Courts including the U.S. Supreme Court, in which it ignored all evidence presented, and standing issues, and was in default in the Supreme Court?

k) Can my personal and professional associates unconscionable cause a delay or default against Petitioner in the Summons process in his ability to timely file a Motion to Quash with the Court as it did to Petitioner by not providing adequate explanation as to the "Motion to Quash" it requested from him initially?

l) Can my personal and professional associates rely solely on the IRS for directions as to law and jurisdiction rather than doing lawful due diligence themselves as to proper lawful authority and jurisdiction of the IRS to be seeking Petitioner's personal information as Petitioner NOTICED in the IRS's "fishing expedition" of with ample documentation evidence via certified mail?

## FACTS

Both Dori Stricklin, Group Manager and Miguel Pineda, Revenue Officer, have clearly conspired to act against my rights, doing so in violation of *18 US Code 241 Conspiracy Against Rights* "…makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the United States or because of his or her having exercised such a right. (*18 U.S.C. § 241Section 241*.) Doing so under the Color of Law and in what would appear to be a violation of Section 242, Title 18 (*section 242 of Title 18 "Color of Law"*).

On the face of said erroneous Summons and other Notice's, the "Kind of Tax" described is the number "1040" instead of the statutorily required (CFR) regulation which describes the particular tax. As your regulations show, **"1040" is a kind of information gathering; it is not a particular kind or type of tax.**

The Summons and the Notices of Lien implies that an assessment exists in the amount stated in the column **"Unpaid Balance of Assessment."** Though I have previously requested, **I have never been provided with documents or writings that allege to create a tax lien or assessment with regard to me, or documents and writings going to collection of same.**

It appears that this rouge IRS agent is proceeding on a presumption that I am a "person liable for" or a "person made liable for" a tax, and that I am one subject to their authority. If that is the case, they are in error and they are proceeding on an erroneous assumption or presumption. I deny any claim of any obligation and any claim that I am one who is **liable for** or **subject to** a tax or that I have any requirement to waive my fundamental rights to be secure in my personal

1   papers and effects.  I know of nothing that makes me **subject to** or **liable for** any internal
2   revenue tax.

3

4   Any forms or returns that I may have submitted in the past were submitted because of
5   misinformation and disinformation that originated from the IRS Service which implied that some
6   obligation existed, when in fact no obligation actually did.  All such documents
7   submitted under those false pretenses are hereby repudiated.

8

9   I claim all of my rights to enter into any private contract and to be secure in my personal papers
10  and effects.  I also claim, by right, not to be a witness against myself by oral or written
11  testimony.  I further claim all other rights enumerated in the Constitution of the United States of
12  America and the Constitution of the State of Texas and all other rights not enumerated as
13  expressed in the Ninth Amendment of the Constitution of the United States of America.

14

15  I am not one who exists by, or was introduced by, the authority of any State and,
16  for certain, the United States.  I deny that I am **subject to** or **liable for** any tax or come
17  within the purview of any statute that would require the waiver of my fundamental rights.

18

19  Chief Justice Marshal stated in *McCulloch v. Maryland, 17 U.S. 316, at page 431,*
20  "That the power to tax is the power to destroy."  I am not one whom the United States or
21  the State of Texas has authority to destroy.  I am immune from the IRS' "statutory scheme" as a
22  matter of right and not because of any statutory privilege.

23

24  The IRS' *Privacy Act Notice* confirms my determination  where it specifically states that the
25  IRS' *"legal right to ask for information is Internal Revenue Code sections 6001, 6011, and*
26  *6012(a) and their regulations.  They say that you must file a return or statement with us for any*
27  *tax you are liable for."*  I absolutely agree.  Being **liable for** a tax is obviously a prerequisite to
28  any requirement to make a return.

29

30  Sections 6001 and 6011 clearly state that returns shall be made by persons who are

**"liable for"** or **"made liable for"** a tax.

Section 6012 states that returns shall be made *by "every individual having for the taxable year . . . ."* (emphasis added).

The term **"taxable year"** is defined in section 441(b) as the "taxpayer's annual accounting period".

*Section 7701(a)(14)* defines the term **"taxpayer"** to mean *"any person subject to any internal revenue tax".* *Section 1313(b)* defines the term **"taxpayer"** to mean *"any person subject to a tax under the applicable revenue law".*

The United States Court of Appeals for the Fifth Circuit tells us that: *"We see no distinction between the phrases "liable for such tax" and "subject to a tax".* (*Houston Street Corp. v. C.I.R., 84 F.2d 821, at 822; 5th Cir. 1936*). (Emphasis added).

I can find no provision that makes me **liable for** or **subject to** any revenue tax or imposes any obligation of legal duty upon me and, to date, I am unable to obtain any information from the IRS Services to document their presumption that I am one **who is liable for** or **subject to** any revenue tax.

Before any determination could be made as to whether a particular individual was **subject to** or **liable for** a tax, it would first have to be determined what it is, exactly, that is being taxed. Is it *people*? Is it *property*? Or is it some revenue taxable activity? And in which section of the internal revenue laws is there a tax imposed on that particular subject? Next, there would have to be a section in the internal revenue laws stating who is **subject to** or **liable for** that particular tax.

In 1937, the United States Supreme Court made it clear that capitation taxes and taxes on property must be apportioned among the States according to population.

1    *Steward Machine Co. v. Davis, 301 U.S. 548, at 581-582 (1937).*  In 1960, the United

2    States Court of Appeals for the Third Circuit verified the same thing:  *"Indeed, the*

3    *requirement for apportionment is pretty strictly limited to taxes on real and personal*

4    *property and capitation taxes." Penn Mutual Indemnity Co. v. C.I.R., 277 F.2d 16, at 19-*

5    *20 (3rd Cir., 1960).*

6

7    I find no federal tax that has been apportioned among the States as would be required for

8    capitation taxes and taxes on property; real or personal.

9

10    I do find sections in the Internal Revenue Code that impose taxes on activities such as the

11    importation of tobacco products and a section in the Code that makes the importer of the tobacco

12    products liable for that tax.  For example: *"The manufacturer or importer of tobacco products*

13    *shall be liable for the taxes imposed thereon by section 5701." (26 U.S.C. 5703(a)(1).*

14    (Emphasis added).

15

16    I find no revenue law that imposes a tax on any activity (or property) that has

17    anything to do with me, and I find no revenue law that makes me **subject to** or **liable for**

18    any revenue tax.

19

20    Based on the above, I deny being **subject to** or **liable for** any revenue tax.

21

22    I deny being a **"taxpayer"** as that term is defined in *sections 1313(b) and 7701(a)(14).*

23

24    I deny having a **"taxable year"** as that term is defined in *section 441(b).*

25

26    I further find that *section 63* of the Code defines **"taxable income"** as **"adjusted gross income"**,

27    and section 62 of the Code defines **"adjusted gross income"** as the **"taxpayer's"** deductions

28    subtracted from his or her gross income.  Therefore, I deny having **"taxable income"** or

29    **"adjusted gross income"** as those terms are defined in the Internal Revenue Code.

30

The Supreme Court has stated in a number of decisions that it is the established rule not to extend taxing statutes beyond the clear import of the language used or to enlarge their operations so as to embrace matters not specifically pointed out.  The Court further stated that in case of doubt the taxing statutes are construed most strongly against the Government, and in favor of those upon whom the tax is sought to be laid. *Gould v. Gould, 245 U.S. 151, 153 and United States v. Merriam, 263 U.S. 179, 187-188.*

I have every desire to obey all laws that apply to me, but I am fearful that any participation with you or the IRS Services will constitute a voluntary waiver of those rights and moot any future claim to those rights.

If the court agrees that I am neither subject to nor liable for any revenue tax, I respectfully make this timely demand that the IRS ABATE their claim, correct their errors, and notify me in writing of the actions taken.

## ARGUMENTS

In order for any lawful summons to be valid, it must be the result of a lawful Court order or judgement (no court order has been found). Any agency in the country which demands third party records MUST be supported by a lawful Court order based on valid evidence and jurisdiction. To date, the IRS has provided no evidence of Record that it has jurisdiction over Aggrieved Petitioner, nor has it provided lawful responses to valid questions based on Supreme Court cites, Congressional Testimony and other documentation.

Aggrieved Petitioner states, and provides evidence for, the fact that the IRS has no jurisdiction over Petitioner, and therefore no authority to be summonsing records from my personal and professional associates, for the following reasons:

1. The IRS denies it is a Federal Agency. So how can it be acting in that capacity against the Petitioner if it has no government authority to be requesting personal information from any

personal or professional associate the Petitioner is privately contracted with without due process of law?

2. Summons is facially void: Federal Rules of Civil Procedure, Rule 4, requires a Judge's signature and stamp of the Court, both of which are lacking in this Summons, (Per Court clerk's affirmation) making it merely an "administrative" action with zero legal effect, among other voiding deficiencies required by F.R.C.P., Rule 4. Miguel Pineda and Dori Stricklin are acting under the Color of Law. The Aggrieved Petitioner would not be able to get away with this violation in seeking someone's personal or professional information without due process, so why is the IRS able to do so?

3. The IRS has denied Aggrieved Petitioner Due Process of law in not allowing not only a hearing on the merits of its claims, but on conflicting evidence it uses against Petitioner. Petitioner has requested 2-3 times over the past several years to have a lawful hearing (as is his right under USC & IRC) to determine all the issues and to review all evidence presented, and the IRS has failed to respond as required by law, or even acknowledge the requests. Once these requests for a hearing were made, all collection activity should have ceased, and it has not, but has intensified, revealing malicious prosecution and wanton disregard for law.

4. The Internal Revenue Code is not positive law, and is therefore not relevant to the Aggrieved Petitioner, a citizen of Texas.

5. Aggrieved Petitioner is a "non-resident alien" and is not subject to the IRS nor to the income tax, per IRS Code itself.

6. The IRS, nor the United States Department of the Treasury, can use presumption as any form of evidence to support any action against Aggrieved Petitioner without due process

7. In the Summons (See ATTACHMENT), the IRS declares a presumption in stating "the liability" Aggrieved Petitioner allegedly has, without such evidence being in evidence outside

presumption or under color of law. Aggrieved Petitioner took this matter to the United States Tax Court in Washington, D.C. (see attached) and in the matter of <u>William R. Harrison v. COMMISSIONER OF INTERNAL REVENUE</u> (see  Docket No. 402-14) it was determined on March 12th, 2014,  via an ORDER OF DISMISSAL FOR LACK OF JURISDICTION. These issues remain to be properly adjudicated under due process laws. The IRS is in default (for over 10 years) in answering these challenges, and this shows extreme bad faith to the Aggrieved Petitioner and this Summons regarding its alleged actions against Aggrieved Petitioner.

8. The IRS was in default in the U.S. Supreme Court case under FRCP Rule 55 (refer to standing case law) for failing to respond to the Petition, yet the IRS continues on with its collection activities despite this. Why the silence?

9. The IRS claims to have jurisdiction in the taxation of Aggrieved Petitioner under the 16th Amendment but fails to explain this when the U.S. Supreme Court states otherwise. (Refer to numerous mentions in case law), and the IRS has not provided rebuttal to said cases. Even if IRS' power to act is under the 16th Amendment (which Aggrieved Petitioner agrees with the U.S. Supreme Court's rulings), there must be lawful detailed explanations as to WHAT is to be taxed, and HOW, or it is under color of law.

10. The IRS claims that "income" is "all that comes" in while it refuses to lawfully define "income" or even provide response to evidence against its claim from Supreme Court cases. (See IRC). The IRS is presuming the Aggrieved Petitioner has received something related to "income" which creates an alleged liability in its Summons for his records, yet without evidence.

**CONCLUSION**

An Aggrieved Petitioner has only the Rule of Law and the Constitution to turn to. The Aggrieved Petitioner is expected to know and comply with the law. In order to do that, he must read the law and study all facets of it to determine where he is liable for any lawful tax, and what his rights are. When one comes to find that the Law and bogus summons' cites seems to counter the stated explanation for liability against him personally, he can ONLY resort to the law, Court rulings,

1  and the Constitution, and the Judicial Machinery of the Courts, to find relief and to be lawfully
2  heard.
3
4  The relevant questions that address the foundation of whether the IRS has any authority or right
5  to Aggrieved Petitioner's documents, and his personal or professional associates to have any
6  compulsion to produce said documents outside due process, and under *color of law* alone, has
7  been entered into evidence. These are foundational legal challenges which have never been
8  lawfully or properly adjudicated and are ripe for such. Petitioner stands on his constitutional
9  rights of due process of law to be heard and to present all his evidence in a Court of competent
10 jurisdiction, or to have his Omnibus Motion to Quash GRANTED.
11
12 Until the IRS can provide lawful response to each and every challenge, with evidence in fact, and
13 provides Aggrieved Petitioner with his lawful hearing, it has no standing to be issuing acting in
14 ANY capacity with Petitioner. To bypass these constitutional questions is to deprive the
15 Aggrieved Petitioner of his rights, and to allow a wrong against him to continue unabated.
16
17 It can't be difficult for the IRS to respond to the constitutional challenges if it stands on
18 constitutional and lawful grounds. Why the silence? Silence is ONLY equated with fraud:
19
20      "Silence can only be equated with fraud where there is a legal or moral duty to speak, or
21      where an inquiry left unanswered would be intentionally misleading. *We cannot*
22      *condone this shocking behavior by the IRS.* Our revenue system is based on the good
23      faith of the taxpayer and the taxpayers should be able to expect the same from the
24      government in its enforcement and collection activities. If that is the case we hope our
25      message is clear... This sort of deception will not be tolerated and if this is routine it
26      should be corrected immediately." U.S. v. Tweel, 550 F.2d 297, 299. See also: U.S. v.
27      Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932. (Emphasis added)
28
29 "Fraud in its elementary common law sense of deceit ... includes the deliberate concealment of
30 material information in a setting of fiduciary obligation. A public official is a fiduciary toward

the public ... and if he deliberately conceals material information from them he is guilty of fraud." *McNally v. U.S., 483 U.S. 350, 371-372, Quoting U.S. v Holzer, 816 F.2d. 304, 307.*

"Fraud and deceit may arise from silence where there is a duty to speak the truth, as well as from speaking an untruth." *Morrison v. Coddington, 662 P. 2d. 155, 135 Ariz. 480 (1983).*

Silence has continued, and there has been no good faith act shown by the IRS in these issues despite it being required to answer clearly and truthfully.

The United States Department of the Treasury (hopefully) has the power to compel the IRS to perform its lawful duty by granting this Motion to Quash, and thereby putting the ball back into the IRS hands for proper and ethical actions to finally answer the relevant questions clearly, and give Aggrieved Petitioner his lawful hearing, OR, to cease and desist all actions against Petitioner, his assets, or his private records.

## DO NOW REQUEST

Aggrieved Petitioner requests the following:

1. In order that the Aggrieved Petitioner can willfully comply in good faith and with all due alacrity, Aggrieved Petitioner requests The United States Department of the Treasury to require the IRS/Miguel Pineda be ordered to answer all of Aggrieved Petitioners' challenges herein with factual, lawful answers to all questions, point by point, regarding all elements related to IRS authority and jurisdiction, income definition and personal liability, and to do so within 20 days, without frivolous and incomplete responses, considering they are claiming to act within the law and Constitution, OR, GRANT Aggrieved Petitioner's Motion to Quash, AND, to ORDER IRS to cease and desist any and all actions UNTIL said questions and challenges are lawfully and adequately addressed using valid law and constitutional elements.

2. Provide compensation for time and expenses in responding to frivolous IRS Summons actions against Aggrieved Petitioner, to include cost for filing Motion to Quash, and 40 hours research

and preparation time, or whatever The United States Department of the Treasury deems right and just.

WHEREFOR, the Aggrieved Petitioner requests that:

1. The Omnibus Motion to Quash Service of Summons and Complaint be sustained;
2. The Court enter an order dismissing the IRS action in its entirety.

Respectfully submitted and dated this 15th day of September 2023.

William Russell Harrison, Sui Juris

c/o 1539 South Mason Road #4

Katy, Texas, [near but not in 77450]